**Exhibit A**

**Doe #1 (172.202.208.54 2005-03-17 08:33:00 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Harry Potter And The Prisoner Of Azkaban | PA 1-222-542 |
| Twentieth Century Fox Film Corporation | Garfield | PA 1-217-436 |
| Twentieth Century Fox Film Corporation | Alien vs. Predator | PA 1-220-615 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

05 1103

**FILED**

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Exhibit A**

**Doe #2 (172.154.60.203 2005-03-04 22:54:50 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Napoleon Dynamite | PA 1-222-516 |
| Paramount Pictures Corporation | Coach Carter | PA 1-256-832 |

**Exhibit A**

**Doe  #3 (172.212.221.245 2005-05-18 03:45:09 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Kingdom of Heaven | Pending |

## Exhibit A

### Doe  #4 (172.202.216.30 2005-03-27 18:10:47 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros.  Entertainment Inc. | Ocean's Twelve | PA 1-067-333 |

**Exhibit A**

**Doe  #5 (172.128.17.134 2005-03-22 16:39:22 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | The Jacket | Pending |

**Exhibit A**

**Doc #6 (172.132.122.79 2005-03-29 02:17:32 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Are We There Yet? | PA 1-250-579 |
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

**Exhibit A**

**Doe  #7 (172.172.136.40 2005-03-22 14:02:46 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Sideways | PA 1-242-519 |

**Exhibit A**

**Doe  #8 (172.172.205.27 2005-01-11 03:09:55 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Taxi | PA 1-241-873 |

**Exhibit A**

**Doe  #9 (172.200.160.244 2005-03-11 21:53:53 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Coach Carter | PA 1-256-832 |
| Disney Enterprises, Inc. | Bambi | LP 12270 |

**Exhibit A**

**Doe #10 (172.201.127.171 2005-03-23 11:00:27 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

**Exhibit A**

**Doe #11 (172.201.20.122 2005-02-25 19:04:31 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|-----------|-------------|------|
| Warner Bros. Entertainment Inc. | Ocean's Twelve | PA 1-067-333 |
| Disney Enterprises, Inc. | Lion King | PA 659-979 |

**Exhibit A**

**Doe  #12 (172.201.25.28 2005-03-15 23:41:29 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|-----------|-------------|------|
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

**Exhibit A**

**Doc #13 (172.202.158.221 2005-03-05 19:22:31 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Sideways | PA 1-242-519 |

**Exhibit A**

**Doe #14 (172.202.239.189 2005-01-25 02:43:06 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

**Exhibit A**

**Doe #15 (172.202.88.177 2005-01-11 01:20:29 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | National Treasure | PA 1-250-540 |

**Exhibit A**

**Doe #16 (172.212.146.249 2005-02-03 18:12:34 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

**Exhibit A**

**Doe #17 (172.212.30.210 2005-02-23 18:59:04 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Closer | PA 1-247-527 |

**Exhibit A**

**Doe #18 (172.212.31.126 2005-03-22 02:43:23 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Hide and Seek | PA 1-256-834 |

**Exhibit A**

**Doc #19 (172.212.31.89 2005-03-10 07:52:44 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

**Exhibit A**

**Doe #20 (172.212.38.86 2005-03-25 21:46:34 (EST))**

PLAINTIFF                          MOVIE TITLE                        REG#

Columbia Pictures Industries, Inc.    Man of the House              PA 1-250-802

**Exhibit A**

**Doc #21 (172.213.16.183 2005-03-23 19:58:13 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Are We There Yet? | PA 1-250-579 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

**Exhibit A**

**Doc #22 (172.213.18.191 2005-03-31 09:12:58 (EST))**

PLAINTIFF                           MOVIE TITLE                    REG#

Warner Bros. Entertainment Inc.     Racing Stripes                 PA-1-266-173

**Exhibit A**

**Doe #23 (172.214.231.82 2005-03-04 22:30:56 (EST))**

PLAINTIFF                          MOVIE TITLE                          REG#

Paramount Pictures Corporation     Coach Carter                         PA 1-256-832

**Exhibit A**

**Doe #24 (172.214.28.247 2005-02-03 06:10:22 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Incredibles | PA 1-250-536 |

**Exhibit A**

**Doe #25 (172.214.88.66 2005-03-27 13:53:21 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |
| Twentieth Century Fox Film Corporation | Fat Albert | PA 1-266-007 |

**Exhibit A**

**Doe #26 (172.215.119.200 2005-03-01 15:51:28 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Sideways | PA 1-242-519 |

## Exhibit A

### Doe #27 (172.215.201.51 2005-04-04 09:47:17 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |

**Exhibit A**

**Doc #28 (172.208.142.205 2004-09-24 03:21:02 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Troy | PA 1-220-571 |

**Exhibit A**

**Doe #29 (172.216.173.94 2005-03-28 21:44:59 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | The Grudge | PA 1-241-927 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |