UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PARAMOUNT PICTURES CORPORATION, a
Delaware corporation; WARNER BROS.
ENTERTAINMENT INC., a Delaware
corporation; SONY PICTURES HOME
ENTERTAINMENT INC., a Delaware
corporation; COLUMBIA PICTURES
INDUSTRIES, INC., a Delaware corporation;
DISNEY ENTERPRISES, INC., a Delaware
corporation; and TWENTIETH CENTURY FOX
FILM CORPORATION, a Delaware corporation,

Plaintiffs,

v.

DOES 1 - 29,

Defendants.

Civil Action No.:

```
CASE NUMBER  1:05CV01103

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 06/02/2005
```

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the

Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my

knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs

which have any outstanding securities in the hands of the public.

PARAMOUNT PICTURES CORPORATION is a wholly owned subsidiary of Viacom

Inc., a publicly traded U.S. company.

2

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

SONY PICTURES HOME ENTERTAINMENT INC. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

DISNEY ENTERPRISES, INC. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded United States company.

TWENTIETH CENTURY FOX FILM CORPORATION is a wholly owned subsidiary of

Fox Entertainment Group, Inc., a publicly traded U.S. corporation.


These representations are made in order that judges of this court may determine the need

for recusal.


Dated: __6/2/05__

Respectfully submitted,

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
BRAND & FRULLA, P.C.
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Michael R. Klipper (D.C. Bar No. 166074)
Christopher A. Mohr (D.C. Bar No. 458599)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

Alexandra N. DeNeve (pro hac vice pending)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax  (212) 407-4990

*Attorneys for Plaintiffs*