UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 29, <br><br> Defendants. | Civil Action No.: 1:05-cv-01103 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDRA N. DENEVE

Pursuant to Local Civil Rule 83.2(d) of the United State District Court for the District of Columbia, Plaintiffs, by and through their counsel, Christopher A. Mohr, of the law firm of Meyer, Klipper & Mohr, PLLC, respectfully move for an order of this Court admitting *pro hac vice* Alexandra N. DeNeve as co-counsel of record to represent Plaintiffs in the above-referenced matter.

1. Christopher A. Mohr is a partner of the law firm of Meyer, Klipper & Mohr, PLLC, 923 Fifteenth Street, N.W., Washington, D.C. 20005, telephone (202) 637-0850, is a member in good standing with the Bar of this Court, and represents Plaintiffs in the above-referenced matter.

2.  Alexandra N. DeNeve is an associate of the law firm of Loeb & Loeb LLP. Her business address is 345 Park Avenue, New York, NY 10154-0037, telephone (212) 407-4000.

3.  Alexandra N. DeNeve is a member in good standing of the Bar of the State of New York and the Bar of the State of Illinois. Ms. DeNeve is also admitted to the United States District Courts for the Northern District of Illinois, Southern District of New York, Northern District of New York, Eastern District of New York, Eastern District of Michigan, the Western District of Michigan and the United States Court of Appeals for the Seventh and Federal Circuits. Ms. DeNeve (a) has not been the subject of any disciplinary action by any bars or courts; (b) has not been denied admission to the bar of or to practice before any state or federal court; (c) has no disciplinary proceedings or criminal matters pending against her; (d) has acquired extensive litigation experience in state and federal courts since her admission to the bar; (e) does not reside within the District of Columbia; and (f) is familiar with the local rules of this District and will comply with them.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion.

Dated: 6/10/05

Respectfully submitted,

Christopher A. Mohr (D.C. Bar No. 458599)
MEYER, KLIPPER & MOHR
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 637-0850 (telephone)
(202) 637-0851 (facsimile)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DOES 1 - 29,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:05-cv-01103 |

## DECLARATION OF ALEXANDRA N. DENEVE

I, Alexandra N. DeNeve, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an associate with the law firm of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154-0037, telephone (212) 407-4000.

2. I am a member in good standing of the Bar of the State of New York and the Bar of the State of Illinois. I am admitted to the United States District Court for the Southern District of New York, Northern District of New York, Eastern District of New York, Eastern District of Michigan, the Western District of Michigan, and the United States Court of Appeals for the

Seventh and Federal Circuits. I have not been denied admission to the bar of or to practice before any state or federal court.

3. I have not been the subject of any disciplinary action by any bars or courts, and have no disciplinary proceedings or criminal matters pending against me.

4. In the preceding two years, I have been admitted to appear *pro hac vice* in the following cause: Metro-Goldwyn-Mayer Pictures Inc. v. DOES 1 – 10, Civil Case No. 04-2005 (JR) (Robertson, J.) and Lions Gate Films, Inc. v. DOES 1 – 5 , Civil Case No. 05-00386 (EGS) (Sullivan, E.).

5. I do not reside within the District of Columbia, am not a member of the District of Columbia Bar, and have no application for membership pending therewith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 9, 2005 in New York, New York

Alexandra N. DeNeve

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 - 29,<br><br>Defendants. | Civil Action No.: 1:05-cv-01103 |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDRA N. DENEVE

AND NOW, this ____ day of _____, 2005, upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Alexandra N. DeNeve to the Bar of this Court in the above-captioned action, and the Declaration of Alexandra N. DeNeve attached thereto, it is hereby ordered that Alexandra N. DeNeve is admitted in this case as counsel *pro hac vice* for Plaintiffs.

Dated:_____     _____
                             Hon. Reggie B. Walton
                             United States District Judge