**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation, | Civil Action No.:  1:05-cv-01103-RBW |
|                        Plaintiffs, | |
|       v. | |
| DOES 1 - 29, | |
|                        Defendants. | |

**RENEWED MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR**
**TO RULE 26(f) CONFERENCE**

On June 2, 2005, Plaintiffs, motion picture companies, filed a complaint with this

Court against John Does for copyright infringement of Plaintiffs' copyrighted films via the

Internet.  Before the case can proceed further, Plaintiffs need discovery from third party America

Online ("AOL") to identify the Doe Defendants, who accessed the Internet via AOL's network

service and used that service to distribute unauthorized digital copies of copyrighted motion

pictures owned by the Plaintiffs over the Internet.  On June 2, 2005, Plaintiffs also filed a Motion

For Leave To Take Discovery Prior To Rule 26(f) Conference (the "Discovery Motion"), as well

as supporting declarations, seeking an order allowing it to serve discovery on AOL.  The

Discovery Motion remains pending before this Court.

.

Plaintiffs' Discovery Motion is time sensitive because 1) AOL may only retain the records sufficient to identify its network users' specific Internet usage by time and date for a certain period of time and 2) the Does cannot be served with the complaint in this action until the subpoena is served on AOL and the Does are identified.  The time sensitivity of this issue is further explained in the Plaintiffs' Discovery Motion, filed on June 2, 2005.  In a similar action filed on the same day and pending before the Honorable Paul Friedman, motion picture companies obtained such an order shortly after the filing of the action.

Based on the authority and grounds set forth in Plaintiffs' Discovery Motion, Plaintiffs' respectfully request that Court consider the pending Discovery Motion and issue the Proposed Order as soon as possible so that the Does can be identified and notified of the lawsuit against them, and the case can proceed.

Respectfully submitted,

Dated: _____    _____

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
BRAND & FRULLA, P.C.
923 Fifteenth Street, N.W.
Washington, DC 20005
(202) 662-9700 (telephone)
(202) 737-7565 (facsimile)

Michael R. Klipper (D.C. Bar No. 166074)
Christopher A. Mohr (D.C. Bar No. 458599)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
(202) 637-0850 (telephone)
(202) 637-0851 (facsimile)

*Attorneys for Plaintiffs*

.