UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PARAMOUNT PICTURES CORP., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1103 (RBW) |
| Does 1-29, | ) ) | |
| Defendants, | ) ) ) | |

**ORDER**

Upon consideration of the plaintiffs' Motion for Leave to Take Discovery Prior to Rule 26(f) Conference and their supporting memorandum of law and exhibits thereto, it is hereby this 30th day of August, 2005

**ORDERED** that the plaintiffs' motion is **GRANTED**.  It is further

**ORDERED** that the plaintiffs may serve immediate discovery on American Online, Inc. ("AOL"), or any other entity identified by AOL (collectively "AOL") as providing network access or online services to one or more of the Doe defendants, by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including his or her name, address, telephone number, email address, and Media Access Control address.  It is further

**ORDERED** that any information disclosed to the plaintiffs in response to the Rule 45 subpoenas may be used by the plaintiffs solely for the purpose of protecting the plaintiffs' rights under the Copyright Act.  If and when AOL is served with a subpoena, AOL shall give written

notice, which can include use of email, to the subscribers in question within five business days. If AOL and/or any defendant want to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be 25 days from the date of service. AOL shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash. It is further

**ORDERED** that the plaintiffs shall provide AOL a copy of this Order along with its subpoena.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge